IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG HAMELIN and MICHAEL MCCARRON, Individually and as representatives of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>KINDER MORGAN, INC., KINDER MORGAN ENERGY PARTNERS, L.P, TENNESSEE GAS PIPELINE CO., LLC, THE BERKSHIRE GAS COMPANY, and AVANGRID, INC.<br><br>Defendant. | Case No.: 21-cv-30054 |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS COUNT II OF PLAINTIFFS' COMPLAINT**

Plaintiffs do not oppose Defendants' Motion and agrees to withdraw Count II, Fraudulent Concealment as a separate cause of action but maintains the allegations detailed in the Complaint.

Dated: June 25, 2021              Respectfully Submitted,

_____
PAULA S. BLISS, ESQ. (BBO No. 652361)
JUSTICE LAW COLLABORATIVE
19 Belmont Street
South Easton, MA 02375
Ph:  (508) 230-2700
paula@justicelc.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, Paula S. Bliss, Esq., do hereby certify that on this 25th day of June, 2021 I served the foregoing document on all counsel of record via the court's CM/ECF electronic filing system.

_____
Paula Bliss, Esq.