AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| Craig Hamlin, Michael McCarron ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:21-cv-30054-MGM |
| Kinder Morgan Inc. et al ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other**: Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims against the Defendants: Kinder Morgan, Inc., Kinder Morgan Energy Partners, L.P., and Tennessee Gas Pipeline Co., LLC are DISMISSED WITH PREJUDICE, with all rights of appeal waived and all parties to bear their own fees and costs.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☐ **decided by Judge** _____ on a motion for _____ .

Date: 4/21/2023

CLERK OF COURT

/s/Christina Rivera

*Signature of Clerk or Deputy Clerk*